425 A.2d 840

Commonwealth v. Keblitis, Jr., Appellant.

Submitted June 29, 1979. George E. Goldstein, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

·Judgment of sentence affirmed.